381 A.2d 894

Commonwealth v. Fantozzi, Appellant.

Argued September 12, 1977. Samuel A. Litzenberger, for appellant; Peter F. Schenck, Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.